**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Foey B. PADGETT, Jr., a.k.a. Foye B.
Padgett, Defendant–Appellant.**

No. 06–13117
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 28, 2007.

Robert Augustus Harper, Jr., Tallahassee, FL, for Defendant–Appellant.

Tiffany Hope Sims, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Robert Augustus Harper, appointed counsel for Foey B. Padgett, Jr, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Padgett's motion to amend his response to counsel's *Anders* brief, dated December 21, 2006, to include his initial brief, filed on January 8, 2007, is

GRANTED, as the motion will not prejudice counsel or the government.

Furthermore, our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and convictions and sentence are **AFFIRMED.**